UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| In Re: | * | |
| | * | CHAPTER 7 |
| Lucia Koski (aka Lucia Gibson) | * | |
| | * | CASE NO.: 18-71401 |
| | * | |

## MOTION TO QUASH GARNISHMENT

COMES NOW your applicant, LUCIA KOSKI, by counsel, pursuant to Bankruptcy Code §362 (a) and respectfully represents:

1. That your applicant has filed her petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That within 90 days of filing the above-named petition, your applicant was subject to a garnishment upon her wages issued by:

> ROANOKE COUNTY GENERAL DISTRICT COURT
> 305 EAST MAIN STREET
> SALEM, VA 24153

3. That said garnishment, which has a return date of 11/14/18, is in favor of:

> BARCLAYS BANK DELAWARE
> C/O GLASSER AND GLASSER, PLC
> PO BOX 3400
> NORFOLK, VA 23514

4. Applicant's bank, which is the garnishee, is located at:

> THE BANK OF FINCASTLE
> 17 SOUTH ROANOKE STREET
> FINCASTLE, VA 24090

5. The amount withheld to date is approximately $120.87

WHEREFORE, your applicant prays that said garnishment be quashed, and that she have such other and further relief as the nature of her case may require.

        Respectfully Submitted,

        LUCIA KOSKI (AKA LUCIA GIBSON)

        By: /s/ Malissa Lambert Giles
            Of Counsel

Malissa Lambert Giles, Esquire
Tracy Allen Giles, Esquire
Heather R. Parsons, Esquire
GILES & LAMBERT, P.C.
Post Office Box 2780
Roanoke, VA  24001
(540) 981-9000

## Certificate of Mailing

I, the above counsel, hereby certify that I have mailed a true copy of the foregoing Motion to Quash Garnishment to the creditor and the creditor's attorney, if applicable, this the 19th day of October, 2018, via first class United States Mail, postage prepaid.

Date: October 19, 2018        /s/ Malissa Lambert Giles
                                       Of Counsel