

**SIGNED THIS 7th day of December, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE: | BCN#: 18-71401-PMB |
| MARK ASHLEY GIBSON AND LUCIA | Chapter: 7 |
| GIBSON A/K/A LUCIA KOSKI A/K/A | |
| LUCIA WILLIAMS | |
|     Debtors | |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| or present noteholder, | |
|     Movant/Secured Creditor, | |

Mary F. Balthasar Lake, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Thomas J. Gartner, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
SHAPIRO & BROWN, LLP
501 INDEPENDENCE PARKWAY, SUITE 203
CHESAPEAKE, VIRGINIA 23320
(703) 449-5800  18-278139

v.
MARK ASHLEY GIBSON AND LUCIA
GIBSON A/K/A LUCIA KOSKI A/K/A LUCIA
WILLIAMS
    Debtors
and
SCOT S FARTHING (424194)
    Trustee
    Respondents

## DEFAULT ORDER

Upon review of the pleadings and the provision of the Court's Pre-Hearing Order which provides that respondents' failure to file a responsive pleading within fourteen (14) days of the docketing of said Order shall be deemed a waiver of any further opportunity for hearing and a default; and

WHEREAS, as of December 5, 2018, the Debtor Respondent has not filed a responsive pleading by a date at least fourteen (14) days from the docketing of the Pre-Hearing Order; and

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362 (a) be lifted, as to Nationstar Mortgage LLC d/b/a Mr. Cooper, secured party and holder of a certain promissory note evidencing an indebtedness secured by the lien of a deed of trust, with a property address of 5438 Loblolly Drive, Roanoke, VA 24019, with regard to the property described as:

> Lot 8, Block 5, according to the Plat of Section 1, Meadow Wood Estates, dated June 13, 1972, prepared by T.P. Parker & Son, Engineers & Surveyors, of record in the Clerk's Office of the Circuit Court for the County of Roanoke, Virginia, in Plat Book 8, page 23.
>
> BIENG the same property conveyed to the Grantor herein by Deed dated September 8, 2015, recorded prior to this Deed of Trust.

IT IS FURTHER ORDERED that F.R.B.P. 4001(a)(3) is not applicable to the case at hand and Nationstar Mortgage LLC d/b/a Mr. Cooper may immediately enforce and implement this order granting relief from the automatic stay;

IT IS FURTHER ORDERED that the relief granted in this order shall survive any subsequent conversion by the Debtor(s) to a case under any other chapter of the bankruptcy code.

IT IS FURTHER ORDERED that nothing contained herein shall prohibit the Movant from adding reasonable attorney's fees and costs incurred in this proceeding to the outstanding

indebtedness in accord with the terms of the subject Deed of Trust and Note and applicable state law.

IT IS FURTHER ORDERED that subsequent to any foreclosure sale of the subject property conducted by Movant, or its successors or assigns, the Secured Creditor may take all lawful actions to take possession of the Subject Property.

***END OF ORDER***

I ask for this:

/s/ Mary F. Balthasar Lake
_____

Mary F. Balthasar Lake, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Thomas J. Gartner, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Counsel for Movant

I certify that I have served the proposed Order upon all parties to the action by first class mail, postage prepaid, on the 7th day of December, 2018.

/s/ Mary F. Balthasar Lake
_____

Mary F. Balthasar Lake, Esquire
Gregory N. Britto, Esquire
Renee Dyson, Esquire
Thomas J. Gartner, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Counsel for Movant

Copies are to be sent to:

SHAPIRO & BROWN, LLP
501 INDEPENDENCE PARKWAY, SUITE 203
CHESAPEAKE, VIRGINIA 23320

Malissa Lambert Giles
Giles & Lambert, PC
PO Box 2780
Roanoke, VA 24001

Scot S Farthing (424194)
P. O. Box 1315
490 West Monroe Street
Wytheville, VA 24382

Mark Ashley Gibson
211-1 College Drive
Daleville, VA 24083

Lucia Gibson
5438 Loblolly Drive
Roanoke, VA 24019

18-278139